912

No. 87–352.   SUN OIL CO. *v.* WORTMAN ET AL.   Sup. Ct. Kan.
Certiorari granted.

No. 87–5096.   WEST *v.* ATKINS.   C. A. 4th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 87–5277.   AMADEO *v.* KEMP, WARDEN.   C. A. 11th Cir.
Motion of petitioner for leave to proceed *in forma pauperis*
granted.   Certiorari granted.

No. 86–1935.   MASON *v.* UNITED STATES.   Ct. Mil. App.
Certiorari denied.

No. 86–2018.   TURCHI *v.* UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 86–2030.   ANDRZJEWSKI ET AL. *v.* HORNER, DIRECTOR,
OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Certiorari denied.

No. 86–6987.   CAMPOS ET AL. *v.* UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.

No. 86–7001.   TOBIAS *v.* FAIRMAN, WARDEN.   C. A. 7th Cir.
Certiorari denied.

No. 86–7045.   BROWN *v.* J. I. CASE CO.   C. A. 7th Cir.   Certiorari denied.

No. 86–7046.   JORDAN *v.* MANZIE ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–7085.   ROBERTSON *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 86–7115.   LEWIS *v.* KERBY, WARDEN.   C. A. 10th Cir.
Certiorari denied.

No. 86–7141.   LEGARE *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari
denied.